UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATE WHITE, | No. 2:13-cv-0626-KJN |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On December 13, 2013, the court issued an order to show cause requiring plaintiff's counsel, James Joseph Lynch, Jr., to articulate why he should not be sanctioned in the amount of $300 for his failure to comply with the procedural rules for service of process on the Commissioner and the court's July 24, 2013 order directing that service of process be completed within 28 days of that order. (ECF Nos. 8, 13.)[1] Plaintiff's counsel was further directed to complete service of process in accordance with the Federal Rules of Civil Procedure and this court's July 24, 2013 order, and file a proof of service to that effect, within fourteen (14) days of the order to show cause. (ECF No. 13.) Plaintiff's counsel was also cautioned that "[f]ailure to file a timely response to this order to show cause and/or to complete service of process by the

---

[1] The history of this case and the specific deficiencies in service of process were outlined in the court's December 13, 2013 order to show cause. (ECF No. 13.)

1

1  required deadline will result in the imposition of increased monetary sanctions and/or in a
2  recommendation that the action be dismissed pursuant to Federal Rule of Civil Procedure 41(b)."
3  (Id.)  Although the applicable deadline has now passed, no response to the order to show cause or
4  any declaration regarding service of process was filed.
5      The court has considered whether the case should presently be dismissed pursuant to
6  Federal Rule of Civil Procedure 41(b).  However, in an attempt to first pursue lesser sanctions,
7  the court instead imposes monetary sanctions of $600 to be paid by plaintiff's counsel personally.
8  Plaintiff's counsel shall not attempt to collect such sanctions from plaintiff directly or indirectly.
9  If plaintiff's counsel fails to fully pay the sanctions and/or fails to properly complete service of
10 process by the required deadline, the court will recommend dismissal of the action pursuant to
11 Federal Rule of Civil Procedure 41(b).
12     Accordingly, IT IS HEREBY ORDERED that:
13  1. Within fourteen (14) days of this order, plaintiff's counsel, James Joseph Lynch, Jr.,
14     shall personally pay the Clerk of Court $600 in monetary sanctions for his failure to
15     comply with procedural rules and this court's orders.
16  2. Within fourteen (14) days of this order, plaintiff's counsel shall also complete service
17     of process in accordance with the Federal Rules of Civil Procedure and this court's
18     July 24, 2013 order, and file a proof of service to that effect.
19  3. Failure to pay the monetary sanctions in full and/or to properly complete service of
20     process by the required deadline will result in a recommendation that the action be
21     dismissed pursuant to Federal Rule of Civil Procedure 41(b).
22  4. Plaintiff's counsel shall forthwith provide a copy of this order to plaintiff.
23     IT IS SO ORDERED.
24  Dated:  January 3, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2