UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATE WHITE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | No.  2:13-cv-0626-KJN<br><br><br>ORDER |

On the court's own motion, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued January 28, 2014 (ECF No. 21) are STAYED.

2. A status conference in this matter is set for Thursday March 13, 2014, at 10:00 a.m., in Courtroom No. 25 before the undersigned.

3. Plaintiff's counsel and a representative of the United States Attorney's Office shall personally appear at the status conference, whether as counsel of record or via special appearance.  No telephonic appearances will be permitted.  Failure to appear by any party or person ordered to do so may result in the imposition of any appropriate sanctions.

4. The Clerk of Court shall serve a copy of this order and the court's findings and recommendations (ECF No. 21) on the United States Attorney's Office.

1

1       IT IS SO ORDERED.

2 Dated: February 25, 2014

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE