UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATE WHITE, | No. 2:13-cv-0626-WBS-KJN |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

This action was initially assigned to the undersigned pursuant to E.D. Cal. L.R. 302(c)(15).  However, on January 28, 2014, the undersigned directed that a United States District Judge be randomly assigned to the action in light of the issuance of findings and recommendations for dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b), and because plaintiff had not at that time consented to the jurisdiction of a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).  (ECF No. 21.)  Subsequently, amended findings and recommendations for dismissal pursuant to Federal Rule of Civil Procedure 41(b) were issued on March 17, 2014, and remain pending.  (ECF No. 26.)

However, on March 24, 2014, plaintiff consented to the jurisdiction of a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).  (ECF No. 27.)  As such, assignment to a United States District Judge is no longer necessary.  Therefore, the court directs the Clerk of Court to vacate the assignment of the action to a United States District Judge.

Additionally, on March 28, 2014, in light of plaintiff's representation that plaintiff's counsel (James Joseph Lynch) "has vacated this case due to his sudden illness and relocating to the Philippines," the court granted plaintiff's request for an extension of time to obtain new counsel and file objections to the pending amended findings and recommendations. (ECF Nos. 28, 29.) In that order, the court directed as follows:

> No later than May 1, 2014, Mr. Lynch shall file a substitution of counsel, signed by Mr. Lynch, plaintiff himself, and any new counsel (if applicable), indicating that Mr. Lynch's representation of plaintiff has been terminated, and that plaintiff is either proceeding without counsel or will be represented by a specified new attorney. If plaintiff retains a new attorney, plaintiff's new counsel shall appear and file any objections to the findings and recommendations no later than May 1, 2014. Alternatively, if plaintiff is unable to retain counsel, plaintiff himself shall file any objections to the findings and recommendations no later than May 1, 2014. No further extensions of time will be granted, absent extraordinary circumstances, which would not include plaintiff's inability to obtain a new attorney.

(ECF No. 29 at 2) (bullet point numbering omitted). To date, no objections to the amended findings and recommendations have been filed by Mr. Lynch, any new counsel, or plaintiff himself. However, on April 28, 2014, plaintiff filed a request to proceed without counsel in this action, as well as a request for an expedited status conference. (ECF No. 31.)

The court grants plaintiff's request to proceed without counsel. Furthermore, because most of the fault with respect to how this action was handled lies with Mr. Lynch,[1] the court finds it appropriate to grant plaintiff, now acting *pro se*, **_a brief, final opportunity_** to complete service of process in this action. The court stays the amended findings and recommendations during this additional period of time granted to complete service of process. That said, the court emphasizes that no further extensions of time will be given, absent extraordinary circumstances, which would not include plaintiff's *pro se* status. Given the protracted history of this case, the action must now either promptly move forward or be dismissed.

////

---

[1] As outlined in the amended findings and recommendations, most of Mr. Lynch's conduct at issue occurred long before his alleged sudden illness and relocation to the Philippines. (See ECF No. 26.)

Finally, in light of the above, the court finds it unnecessary to schedule a status conference at this juncture. Consequently, the court denies plaintiff's request to set a status conference.

Accordingly, for the reasons outlined above, IT IS HEREBY ORDERED that:

1. The Clerk of Court shall vacate the assignment of this action to a United States District Judge. Henceforth the caption on documents filed in this action shall be No. 2:13-cv-0626 KJN.

2. Plaintiff's request to proceed without counsel (ECF No. 31) is granted. The Clerk of Court shall terminate Mr. Lynch as counsel for plaintiff and reflect plaintiff's own address on the docket as 816 H Street, Suite 257, Sacramento, CA 95814.

3. Plaintiff's request to schedule a status conference is denied without prejudice.

4. The amended findings and recommendations (ECF No. 26) are stayed.

5. ***Within fourteen (14) days of this order***, plaintiff shall both (a) complete service of process on the Commissioner of Social Security in accordance with the Federal Rules of Civil Procedure, as outlined in detail in the court's January 8, 2014 order (see ECF No. 16), ***and*** (b) file a declaration under penalty of perjury that demonstrates that such service was properly accomplished. ***No further extensions of time will be granted, absent extraordinary circumstances, which would not include plaintiff's pro se status.***

6. Alternatively, if plaintiff no longer wishes to pursue the action, he may instead file a request for voluntary dismissal of the action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) within fourteen (14) days of this order.

7. Failure to strictly and fully comply with the terms and deadlines of this order will result in adoption of the amended findings and recommendations and dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).

8. Along with a copy of this order, the Clerk of Court shall promptly serve (i) a copy of the complaint, summons, civil cover sheet, scheduling order, and any other process documents in this matter; (ii) a copy of this court's January 8, 2014 order (ECF No. 16); and (iii) a copy of the amended findings and recommendations (ECF No. 26) on

1  plaintiff at 816 H Street, Suite 257, Sacramento, CA 95814.
2  IT IS SO ORDERED.
3  Dated: May 8, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE